■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD MOORE, Appellant. — Judgment of the Supreme Court, Westchester County (Brewster, J., at trial and sentence; Leggett, J., on pretrial orders), rendered October 6, 1980, affirmed. No opinion. This case is remitted to the Supreme Court, Westchester County, for further proceedings pursuant to CPL 460.50 (subd 5). Gibbons, J. P., Gulotta, Cohalan and Bracken, JJ., concur.